'THE STATE, ANDREW W. TOMPKINS, PROSECUTOR, v. WIL
LIAM STAIGER, DEFENDANT.

Affidavit insufficient to vest jurisdiction in justice of the peace, under
landlord and tenant proceedings.

---

On *certiorari*.

Argued at November Term, 1889, before Justices VAN
:SYCKEL, MAGIE and GARRISON.

For the prosecutor, *Joseph Thompson.*

The opinion of the court was delivered by

GARRISON, J.   The affidavit, by virtue of which the jus
·tice of the peace assumed jurisdiction in this case, was as'
follows :

.State of New Jersey, County of Atlantic, *ss.*

William Staiger, being duly sworn according to law, upon
his oath says, that Andrew W. Tompkins is now in the pos
:session of a certain house and lot owned by deponent, situate
·on the north side of Atlantic avenue, between Maryland and
Delaware avenues, in Atlantic City, New Jersey, upon an
:agreement made between Alice H. Tompkins, the former
·owner, and the said Andrew W. Tompkins, made in October,
1888, whereby the said Alice H. Tompkins let the said premises unto the said Andrew W. Tompkins until the 1st day
of March, 1889, which agreement was afterwards, and by the
·consent of this deponent, extended to April 1st, 1889, and

that the said Andrew W. Tompkins entered into the posses-
sion of the said house and lot by virtue of said agreement,
which said term has expired; and the said Andrew W. Tomp-
kins holds over and continues in possession of the said prem-
ises, without permission of this deponent; and deponent says
that he caused a notice to be made in writing and served on
Andrew W. Tompkins, on April 2d, 1889, demanding him
to deliver to deponent the possession thereof, and that he re-
fused to comply with said demand.

WILLIAM STAIGER.

Sworn and subscribed before me April 5th, 1889.
ALLEN B. ENDICOTT, *M. C.*

The facts here set forth do not show that the relation of
landlord and tenant existed at any time between the affiant
and the said Tompkins. Giving to all of the statements made
their fullest effect, the allegation is, that Tompkins originally
was the tenant of Alice H. Tompkins, which relationship was
continued by affiant's consent and still continues, but without
his permission.

The justice was without jurisdiction.